**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

January 4, 2008

Steven Powell
Reg. No. 09575-067-1
FMC - Devens
PO Box 879
Ayer, MA 01432

***RE:   USA v. Powell***
***Crim. No. 3:CR-98-294***

Dear Steven:

    In response to your letter of December 30th, I am enclosing for your consideration Ronald Kidd's address in Florida.  It is:

        Ronald F. Kidd, Esquire
        P.O. Box 221137
        West Palm Beach, FL 33422

    Since I wrote to him on December 4, 2007, I have yet to receive a response.  Since I do not know of your arrangement with Mr. Kidd, I have to be cautious in thinking about appointing a lawyer for you.

        Sincerely,

        ***s/Edwin M. Kosik***
        United States District Judge

EMK:mb
cc:  Ronald F. Kidd, Esquire